In the Matter of the Application of MARION BLANCHE SCANTLEBURY,
Formerly MARION BLANCHE SEARING, Respondent, to Compel WILLIAM M.
HUCKEL, Appellant, to Render and Settle His Account as Trustee, etc., of
SUSAN CORNWALL, Deceased.— Order of the Surrogate's Court of Queens
county affirmed, with ten dollars costs and disbursements. No opinion.
Jenks, P. J., Mills, Putnam, Blackmar and Kelly, JJ., concur.

In the Matter of the Judicial Accounting of ERNEST H. WEBB, as Sole
Surviving Trustee, etc., of CHARLES S. WEBB, Deceased, Respondent.
HENRY B. MOORE, Appellant.— Decree of the Surrogate's Court of Suffolk
county modified by reversing the award of costs against the objecting party,
and as so modified affirmed, without costs of this appeal. On the record
before this court there is no evidence of bad faith in filing objections to
the substantial depreciation claimed by the accounting trustee. The
appellant was a party interested in the estate, and was within his rights in
filing the objections, without reference to the amount of his interest or its
contingent character. Jenks, P. J., Mills, Rich, Putnam and Kelly, JJ.,
concur.

ARTHUR JACKSON, Appellant, v. NETTIE A. JACKSON, Respondent.—
Judgment modified by striking therefrom the words " upon the merits,"
and as so modified affirmed, without costs. No opinion. Jenks, P. J.,
Rich, Putnam, Blackmar and Kelly, JJ., concur.

JAMES AUDITORE & COMPANY, INC., Respondent, v. CENTRAL TRANS-
PORTATION COMPANY, INC., Appellant.— Judgment and order unanimously
affirmed, with costs. No opinion. Present — Jenks, P. J., Mills, Rich,
Putnam and Jaycox, JJ.

AARON KALISHER, Appellant, v. ELEAZER CEDAR, Respondent.— Order
affirmed, with ten dollars costs and disbursements. No opinion. Jenks,
P. J., Putnam and Kelly, JJ., concur; Mills and Rich, JJ., dissent.